IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CLAYTON & CYNTHIA NELSON<br>*Plaintiffs*<br><br>VS.<br><br>ALLSTATE VEHICLE & PROPERTY<br>INSURANCE COMPANY<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:21-CV-00502<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Plaintiffs' Stipulation of Dismissal of All Claims and Parties. [Dkt. 18]. Plaintiff is seeking a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). To the extent that Plaintiff's dismissal is not yet in effect, the above-styled cause is dismissed with prejudice.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 15th day of January, 2023.**

Michael J. Truncale
United States District Judge